UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| C-CATION, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1280 JCH |
| ) | |
| CEQUEL COMMUNICATIONS, LLC ) | |
| d/b/a SUDDENLINK COMMUNICATIONS, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant/Counterclaim Plaintiff Cequel Communications, LLC d/b/a Suddenlink Communications' ("Suddenlink") First Amended Answer and Counterclaims (Doc. No. 19) is deemed filed as of this date.

**IT IS FURTHER ORDERED** that Plaintiff C-Cation's Motion to Dismiss under Fed.R.Civ.P. 12(B)(6) and Motion to Strike under Fed.R.Civ.P. 12(B)(1) (Doc. No. 17) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Suddenlink's Motion for Extension of Time to Respond to C-Cation's Motion to Dismiss and Motion to Strike (Doc. No. 20) is **DENIED** as moot.

Dated this 16th day of December, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE